IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PATRICK COLLINS, INC.             :          CIVIL ACTION
                                  :
                Plaintiff         :
                                  :
                                  :
        vs.                       :          NO. 12-4819
                                  :
                                  :
                                  :
JOHN DOES 1-17,                   :
                Defendants.       :

## ORDER

   **AND NOW,** this 30th day of  August, 2012,  the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

   [] - Order staying these proceedings pending
       disposition of a related action.

   [] - Order staying these proceeding pending
       determination of arbitration proceedings.

   [] - Interlocutory appeal filed

   [X] - Other:  Order staying these proceedings pending pretrial management by
       Judge  Michael M. Baylson  in the above-captioned case.

it is
   **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

   **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.


        **BY THE COURT:**
        s/paul s. diamond

        _____
        PAUL S. DIAMOND , J.